JOHN MYERS, an Infant, etc., Appellant, v. GEORGE OSBORN, Respondent.— Judgment and order affirmed, with costs. All concur.

MILDRED MYERS, Appellant, v. GEORGE OSBORN, Respondent.— Judgment and order affirmed, with costs. All concur.

ROBERT MYERS, Appellant, v. GEORGE OSBORN, Respondent.— Judgment and order affirmed, with costs. All concur.

FREDERICK M. REED, Appellant, v. GEORGE OSBORN, Respondent.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of GLENN W. WOODIN, District Attorney of Chautauqua County, Respondent, for an Order under Section 8 of the Indian Law Removing MINNIE SEELEY and Others, Appellants, from the Cattaraugus Indian Reservation.— Order affirmed, with costs. All concur. [141 Misc. 207.]

ADA KETZEL, as Administratrix, etc., of JUNE KETZEL, Deceased, Respondent, v. PETER TOMIC, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury of negligence contributing to the accident on the part of the defendant was contrary to and against the weight of the evidence. All concur, except Crosby, J., who dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. HULL, Relator, v. LEON BALLOU and Others, as Police Commissioners of the City of Lockport, N. Y., Respondents.— Order of certiorari sustained on the law and facts and determination of the police commissioners annulled and relator reinstated, with fifty dollars costs and disbursements, on the ground that the findings of dereliction of duty are contrary to and against the weight of evidence. All concur.

ROSE DILEO, Appellant, v. EAGLE INDEMNITY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

FRANK DILEO, Appellant, v. EAGLE INDEMNITY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

MABEL OHLQUIST, Plaintiff, v. CHESTER A. NORDSTROM, Appellant, and JOHN S. HICKMAN, Respondent.*— Judgment affirmed, with costs. All concur. [143 Misc. 502.]

NIAGARA OPERATING CORPORATION, Respondent, v. THEOPHILUS MORROT, Appellant.— Judgment modified on the law and facts by reducing the recovery to $100 and interest thereon from the 15th day of September, 1931, and as modified affirmed, without costs of this appeal to either party. Finding of fact No. 18 modified. All concur.

NIAGARA OPERATING CORPORATION, Respondent, v. PETER BOURGARD, Appellant.— Judgment modified on the law and facts by reducing the recovery to $150 and interest thereon from the 15th day of September, 1931, and as modified affirmed, without costs of this appeal to either party. Finding of fact No. 18 modified. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF NIAGARA FALLS, Respondent, v. BOARD OF SUPERVISORS OF NIAGARA COUNTY, Appellant.— Order affirmed, with costs. All concur.

SYRACUSE SUPPLY COMPANY, Respondent, v. CLARA M. WILKINSON, as Administratrix of CLARENCE T. WILKINSON, Deceased, Appellant.— Judgment affirmed, with costs. All concur.

---

* Affd., 262 N. Y. 696.